# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HABIB ABDULKARIM, | Case No.: 2:22-cv-02127-APG-MDC |
| Plaintiff | **Order Dismissing Defendant Trinity Food Services** |
| v. | |
| TRINITY FOOD SERVICES, et al., | |
| Defendants | |

On January 5, 2024, plaintiff Habib Abdulkarim was advised by the court that his claims against defendant Trinity Food Services would be dismissed without prejudice unless by February 4, 2024, the plaintiff either filed proper proof of service or showed good cause why such service was not timely made. The plaintiff has failed to do so.

I THEREFORE ORDER that plaintiff Habib Abdulkarim's claims against defendant Trinity Food Services are dismissed without prejudice.

DATED this 7th day of February, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE